IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DILLARD'S INC., and DILLARD
INVESTMENT CO., INC.                                                                PLAINTIFFS

v.                              CASE NO.: 408-CV00470 BSM

NORSTAN COMMUNICATIONS, INC.                                            DEFENDANT

## ORDER

William Allen has moved, without objection, for the court to grant admission pro hac vice to Pamela McCallum [Doc. #4]. For good cause and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Motion for Admission Pro Hac Vice is granted. Pamela McCallum is hereby permitted to appear and participate in this action as counsel for the defendant.

IT IS SO ORDERED this   11th   day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE