IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DILLARD'S INC., and DILLARD
INVESTMENT CO., INC.                                                                PLAINTIFFS

v.                            CASE NO. 4-08-CV-00470 BSM

NORSTAN COMMUNICATIONS, INC.                                          DEFENDANT

## ORDER

William Allen has moved, without objection, for the court to grant admission pro hac vice to Susan A. Yohe [Doc. #16]. For good cause and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, the Motion for Admission Pro Hac Vice is granted. Susan A. Yohe is hereby permitted to appear and participate in this action as counsel for the defendant.

IT IS SO ORDERED this 9th day of July, 2008.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE